## No. 7403.

### LURINDA DYSON VS. GEORGE C. BENHAM ET ALS.

The suit was for the value of twenty thousand pounds of seed cotton, alleged to be $620 and three thousand dollars as damages for violent and illegal acts done in taking it away. Benham leased his plantation in 1877 to several tenants. The plaintiff was a sub-lessee of one of them. She was to pay five bales of cotton as rent on November 15. They were not delivered. Frequent demands for them were made from that time till the close of the year, without avail. On January 3, 1878, Benham took the cotton which Lurinda had gathered, hauled it to his gin, prepared it for market, sold it, and retained the proceeds. The taking was not with violence or menace. She had been told the day before by Benham that he was coming for the cotton that morning and made no objection. She had no facilities for ginning it. Some of it had been carried away in this interval between November 15 and January 3 — to pay the pickers she said. This excited the lessor's apprehensions, and induced his action. He offered to account for the cotton and pay the difference between the proceeds of its sale and his claim for rent. The plaintiff refused, and preferred this suit. The judgment below rejected wholly the claim for damages.

APPEAL from the District Court for East Carroll.    HOUGH, J.

*Montgomery & Delony* for Plaintiff Appellant.    *Kennedy* for Defendants.

MANNING, C. J., rendered the opinion, affirming the judgment which was for one hundred and fifty dollars.